UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JOEY BISHOP | ) |
|     Plaintiff, | ) |
| v. | )   **JUDGMENT** |
| | )   No. 7:17-CV-235-FL |
| NANCY A. BERRYHILL, | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney's fees under the Equal Access to Justice Act and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 18, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $2,189.14.

**This Judgment Filed and Entered on April 18, 2019, and Copies To:**

Jonathan Blair Biser  (via CM/ECF Notice of Electronic Filing)
Stephen F. Dmetruk, Jr. / Cassia Parson  (via CM/ECF Notice of Electronic Filing)

April 18, 2019                  PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk